CITIES SERVICE OIL COMPANY, Appellant, *v.* SAVERIO SORANNO et al., Respondents.

Submitted October 7, 1940; decided October 15, 1940.

*Charles E. Healy* for motion.
No one opposed.

Motion denied without prejudice to the right of the respondents to move in this court that any brief filed after the time fixed by the rules should be disregarded.